UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Aranda, | CASE NO. S CIV 08-2101 DOC |
| Plaintiff(s), | |
| v. | **O R D E R RE: MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER** |
| Elizabeth Meyers, et al., | |
| Defendant(s). | |

Fernando Aranda ("Plaintiff") is a state prisoner proceeding pro se. On October 9, 2009, Plaintiff moved for a preliminary injunction and temporary restraining order. On June 9, 2009, this Court dismissed Plaintiff's complaint.

As Plaintiff's complaint has been dismissed, his motion for a preliminary injunction or for a temporary restraining order is moot. Consequently, Plaintiff's motion is VACATED.

IT IS SO ORDERED.

DATED: June 26, 2009

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE
Sitting by Designation